UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **HUEY P. GARDNER** | * | CIVIL ACTION NO. 12-1916<br>Section P |
| **VERSUS** | * | JUDGE ELIZABETH E. FOOTE |
| **CADDO PARISH SHERIFF OFFICE, ET. AL.** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the motion for injunctive relief [doc. # 28] filed by plaintiff pro se, Huey P. Gardner, is hereby **DENIED**.

THUS DONE AND SIGNED in chambers, Shreveport, Louisiana, this 20th day of February, 2013.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE