UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **HUEY P. GARDNER** | * | **CIVIL ACTION NO. 12-1916**<br>Section P |
| **VERSUS** | * | **JUDGE ELIZABETH E. FOOTE** |
| **CADDO PARISH SHERIFF OFFICE, ET. AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

For the reasons assigned in the Reports and Recommendations of the Magistrate Judge previously filed herein [Record Documents 13 and 24], having thoroughly reviewed the record, noting that no objections have been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint and amended complaint are hereby **DISMISSED with prejudice** as frivolous.

THUS DONE AND SIGNED in chambers, Shreveport, Louisiana, this 20th day of February, 2013.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE